UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN GRIFFIN on behalf of himself and all others similarly situated, Plaintiff, vs. CORE FIBER SOLUTIONS, INC., TIMOTHY FRAIN and CANDICE ROLFE, Defendant(s). | CIVIL ACTION FILE NO.  1:17-CV-2148-WMR |

## DEFAULT JUDGMENT

This action having come before the Court, Honorable William M. Ray, II, United States District Judge, for consideration of Plaintiff's Motion for Default Judgment as it pertains to Defendant Candice Rolfe, and the declarations of Named Plaintiff Jonathan Griffin, Opt-in Plaintiff David Young, Opt-in Plaintiff Jason Schuman, Opt-in Plaintiff James Bryant, Opt-in plaintiff Billy Tate, and Opt-in Plaintiff David Coughran, and the Court having granted said motion as to Defendant Candice Rolfe only, it is

**Ordered and Adjudged** that judgment is hereby entered in favor of Plaintiff Jonathan Griffin against Defendant Rolfe in the amount of $4,651.59; in favor of Plaintiff James Bryant in the amount of $11,392.19; in favor of Plaintiff David Young in the amount of $4,356.34; in favor of Plaintiff Jason Schuman in the amount of $1,941.90; in favor of Plaintiff David Coughran in the amount of $2,699.38; in favor of Plaintiff Billy Tate in the amount of $12,624.67; and in favor of Plaintiffs' counsel, Smith Law, LLC in the amount of $6,127.36.

Dated at Atlanta, Georgia this 15th day of April, 2019.

                 JAMES N. HATTEN
                 CLERK OF COURT

           By:   s/R. Bryant
               Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 15, 2019
James N. Hatten
Clerk of Court

By: s/ R.Bryant
    Deputy Clerk